**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 20, 2012

Lyle W. Cayce
Clerk

No. 11-30227
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CARLOS HURTADO-VALOIS,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:10-CR-40-2

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Carlos Hurtado-Valois has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hurtado-Valois has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hurtado-Valois's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-30227

The record does reveal a clerical error in the judgment with respect to the statute of conviction cited for count five. The judgment should be corrected to reflect that Hurtado-Valois was convicted of illegal entry in violation of 8 U.S.C. § 1325. *See* FED. R. CRIM. P. 36.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. This matter is REMANDED for correction of the clerical error pursuant to Federal Rule of Criminal Procedure 36.